Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **SCP Coldworks, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Steel City Pops** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4211582** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**40B Commerce Dr**<br>**Pelham, AL 35124**<br>Number, Street, City, State & ZIP Code<br><br>**Shelby**<br>County | **Mailing address, if different from principal place of business**<br><br>**720 Doug Baker Blvd., Ste 700-240**<br>**Birmingham, AL 35242**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Please see attached Schedule of Current Leases where assets are located.  SCH 206AB.04**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **steelcitypops.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **SCP Coldworks, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4452__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | SCP Coldworks, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard?

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** **See attached Current Schedule of Leases**
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency **USI Insurance Services, LLC**
 Contact name **Tammy Wyatt**
 Phone **205-561-3195**

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $500,000,001 - $1 billion

Debtor  **SCP Coldworks, LLC**     Case number (*if known*)
   Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | SCP Coldworks, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 29, 2021**
MM / DD / YYYY

X **/s/ Philip L. Hodges**                                   **Philip L. Hodges**
Signature of authorized representative of debtor             Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Jeffery J. Hartley**                                 Date **October 29, 2021**
Signature of attorney for debtor                             MM / DD / YYYY

**Jeffery J. Hartley**
Printed name

**Helmsing Leach Herlong Newman & Rouse**
Firm name

**150 Government Street**
**Suite 2000**
**Mobile, AL 36602**
Number, Street, City, State & ZIP Code

Contact phone  **251-432-5521**     Email address  **jjh @helmsinglaw.com; dwc@helmsinglaw.com**

**ASB-4885H66J AL**
Bar number and State

**SCP Coldworks, LLC**
**SCH206AB.04**
**Schedule of Current Leases**

| Lessor | Property Name | Vendor Address | Store Address | Original lease term | Lease inception date | Expiration Date |
|---|---|---|---|---|---|---|
| Bayer Development Company, LLC | The Summit | Post Office Box 768<br>Memphis TN 38101 | 329 Summit Blvd<br>Birmingham, AL 35243 | 10 years | 12/17/2015 | 12/31/2025 |
| Chance 22 AL Retail, LLC | Tuscaloosa | 919 Greensboro Ave, Suite B<br>Tuscaloosa AL 35401 | 2128 University Blvd<br>Tuscaloosa, AL 35401 | 10 years | 3/6/2013 | 3/31/2023 |
| Lavo Properties, LLC | Lower Greenville | 2800 North Henderson Ave, Ste 200<br>Dallas, TX 75206 | 2012 Greenville Ave<br>Dallas, TX 75206 | 5 years | 1/3/2014 | 4/30/2024 |
| Excel Southlake I LP | Southlake | P.O. Box 101206<br>Atlanta GA 30392-1206 | 1151 E Southlake Blvd Suite 370<br>Southlake, TX 76092 | 5 years | 3/1/2017 | 2/28/2022 |
| FW Waterside Commercial LLC | Waterside | P. O. Box 733680<br>Dallas TX 75373-3680 | 5924 Convair Dr Ste 400<br>Fort Worth, TX 76107 | 10 years | 7/15/2016 | 11/30/2026 |
| Bayer Development Company, LLC | Fritz Farm | C/O Bayer Properties LLC<br>P.O. Box 679221<br>Dallas, TX 75267-9221 | 111 Summit At Fritz Farm #110<br>Lexington, KY 40517 | 5 years | 6/1/2017 | 5/31/2022 |
| ZZ Holdings (Previously: Elmore Levon Properties, LLC) | Bardstown Road | 1811 Princeton Dr.<br>Louisville, KY 40205 | 1021 Bardstown Rd<br>Louisville, KY 40204 | 10 years | 10/1/2016 | 3/31/2026 |
| Louisville Timber & Wooden Products, Inc. (Previously: Select | St. Matthews | 150 Thierman Ln<br>Louisville, KY 40207 | 117 St Matthews Ave<br>Louisville, KY 40207 | 8 years | 10/10/2016 | 10/9/2024 |
| Norton Commons, LLC | Norton Commons | 9418 Norton Commons Blvd, Ste 300<br>Prospect, KY 40059 | 6301 Moonseed St<br>Prospect, KY 40059 | Month to Month | 4/1/2021 | Not Stated |
| Elwyn Bearden | Pelham HQ | 40B Commerce Drive, Pelham, 35124 | 40B Commerce Drive<br>Pelham, AL 35124 | 1 year | 4/1/2021 | 3/31/2022 |
| Town Makers LLC | Huntsville | 7 Town Center Dr. NW, Ste 102<br>Huntsville, AL 35806 | 7 Town Center Dr. NW,<br>Huntsville, AL 35806 | Month to Month | 5/1/2021 | Not Stated |